UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC WATSON, et al.,

          Plaintiffs,

   v.

MIKE ROFF, et al.,

          Defendants.

Case No. C21-1622-RSM

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Because Plaintiff Sarah Watson does not appear to have funds available to afford the $402 filing fee, she financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff Sarah Watson's IFP application, Dkt. 6, is GRANTED.  The Clerk of the Court is directed to send a copy of this Order to Plaintiffs and to the assigned District Judge.

Dated this 12th day of January, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

- 1