UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC WATSON, et al.,

               Plaintiffs,

  v.

MIKE ROFF, et al.,

               Defendants.

Case No. C21-1622-RSM

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because Plaintiff Eric Watson does not appear to have funds available to afford the $402.00 filing fee, he financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff Eric Watson's IFP application, Dkts. 7 & 12, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiffs and to the assigned District Judge.

Dated this 24th day of January, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1